

# Fourth Court of Appeals
## San Antonio, Texas

April 17, 2020

No. 04-20-00009-CV

**IN RE C.J.Y. II**

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02426
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellee's motion for an extension of time to file his brief is GRANTED. Appellee's brief is due on or before April 23, 2020.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of April, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court